HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TRAVIS MCGUIRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0039 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | Date:   August 16, 2017 |
| TRAVIS MCGUIRE, | Time:   2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Travis McGuire, that the status conference currently scheduled for August 14, 2017 at 2:00 p.m. be continued to August 16, 2017 at 2:00 p.m.  The United States Marshals Service has requested the continuance based upon Mr. McGuire's location and the logistical challenges faced in transporting him for court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the August 14, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: July 19, 2017        */s/ Vincenza Rabenn*
                           VINCENZA RABENN
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender

Date: July 19, 2017        */s/ Megan T. Hopkins*
                           MEGAN T. HOPKINS
                           Assistant Federal Defender
                           Attorney for Defendant
                           TRAVIS MCGUIRE

## O R D E R

IT IS SO ORDERED that the 2nd Status Conference is continued from August 14, 2017 to August 16, 2017 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161, et seq.

IT IS SO ORDERED.

Dated:   **July 20, 2017**                /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE