PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS MCGUIRE, <br> JESSE MONTANEZ, <br><br> Defendant. | CASE NO. 1:17-CR-00039-DAD-BAM <br><br> STIPULATION REGARDING DISCLOSURE OF SENSITIVE MATERIAL; ORDER |

      Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Eastern District of California, and defendants TRAVIS MCGUIRE and JESSE MONTANEZ ("defendants"), by and through their counsel of record, Megan Hopkins and Harry Drandell, respectively, hereby file this Stipulation Regarding Disclosure of Sensitive Materials.

      1.      The government possesses, or may come to possess, recordings, photographs, documents, reports, or other materials the disclosure of which may ordinarily be required by the government's Rule 16, Jencks Act, Brady or other discovery obligations, but the dissemination of which could pose a serious risk to prison security, certain defendants, witnesses, or the confidentiality of an ongoing investigation (the "Sensitive Materials").

      2.      The government will mark all Sensitive Materials with the following stamp or inscription: "ATTORNEYS EYES ONLY"

      3.      If the government distributes any document, compact disk, or other material bearing the

above label, defense counsel and defendants agree to the following as to such material:

      a.    Defense counsel shall not distribute Sensitive Materials to anyone other than his or her own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

      b.    Defense counsel shall not allow anyone other than himself or herself, or his or her legal staff to possess, or maintain possession of, any Sensitive Materials;

      c.    Defendants shall not have access to the sensitive materials.

      d.    Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first conferring with government counsel and, in any event, shall file any Sensitive Materials under seal.

4. The parties agree to confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

5. Should defense counsel disagree with the classification of any item of discovery as "Sensitive Materials" for "Attorneys Eyes Only," the parties agree to confer as to the necessity of such classification and protection for the specified item. Any unresolved dispute as to the classification of materials shall be brought before the court by motion, and until the court has ruled on the motion the parties agree to abide by the government's classification of the item pursuant to this protective order.

6. Accordingly, the parties respectfully request that the Court adopt, and agree to be bound by, the corresponding protective order.

7. By signing this stipulation, the parties agree to be bound by the above terms, and those of the accompanying proposed order, before and after the Court executes and enters that order.

//

//

8. By signing this stipulation, counsel for defendant represents that he has discussed the contents of this stipulation and proposed order with defendant, and that defendant has no objection to this stipulation and the relief requested in the proposed order.

Dated: October 9, 2017  PHILLIP A. TALBERT
United States Attorney

By: /s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: 10/9/17  /s/ Megan Hopkins
MEGAN HOPKINS
Attorney for Defendant

Dated: 10/9/17  /s/ Harry Drandell
HARRY DRANDELL
Attorney for Defendant

PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS MCGUIRE<br>JESSE MONTANEZ,<br><br>Defendant. | CASE NO. 1:17-CR-00039-DAD-BAM<br><br>[PROPOSED] ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials and Personal Identifying Information between Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Eastern District of California, and defendants TRAVIS MCGUIRE and JESSE MONTANEZ by and through their counsel of record, Megan Hopkins and Harry Drandell, respectively.

Good cause showing, IT IS HEREBY ORDERED THAT:

1. The government will identify the discovery materials in this case the disclosure of which could jeopardize prison security, or the safety of witnesses or other persons, or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

2. The government will mark all Sensitive Materials with the following stamp or inscription: "ATTORNEYS EYES ONLY"

3. If the government distributes any document, compact disk, or other material bearing the above label, defense counsel and defendant agree to the following as to such material:

   a. Defense counsel shall not distribute Sensitive Materials to anyone other than his or her own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

   b. Defense counsel shall not allow anyone other than himself/herself and his or her legal staff to possess, or maintain possession of, any Sensitive Materials;

   c. Defendants shall not have access to the sensitive materials;

   d. Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

4. The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

5. Should defense counsel disagree with the classification of any item of discovery as "Sensitive Materials" for "Attorneys Eyes Only," the parties shall confer as to the necessity of such classification and protection for the specified item. Any unresolved dispute as to the classification of materials shall be brought before the court by motion, and until the court has ruled on the motion the parties agree to abide by the government's classification of the item pursuant to this protective order.

6. At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof marked as "Attorneys Eyes Only" that defense counsel possesses and/or has made and distributed to their agents, except a copy set as necessary to maintain in defense counsel's case file.

IT IS SO ORDERED.

Dated: **October 30, 2017**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE